### ABIGAIL CRONK, JOHN F. CRONK, JULIA ANN FINCH, HENRY FINCH, SARAH C. CRONK, ELIZABETH CRONK, MARY CRONK, AND PORTER CRONK *ver-*

*sus* JOHN TODD, AUGUSTIN C. STEPHENS, JOHN A. HAYS, WILLIAM MORRIS, JACOB C. DUBOIS, JOHN M. CUMMINGS, CHARLES C. HASCALL, JABEZ JACOX, WILLIAM JACOX, FRANK JACOX, LINNS JACOX, JAMES W. CRONK, HARVEY JACOX, DAVID JACOX, ELIJAH N. DAVENPORT, MARTHA DAVENPORT, AND THOMAS J. DRAKE.

JOURNAL ENTRIES (1836): *Journal 5:* (1) Motion to dissolve injunction *p. 127; (2) motion to dissolve and to dismiss bill argued, submitted *p. 141; (3) injunction dissolved, leave given to amend *p. 141.
PAPERS IN FILE: [None]
*Chancery Case . . . . of . . . .*